IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 09-704-JJF ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), and defendant Apple Inc. ("Apple"), subject to the approval of the Court, as follows:

1) Apple's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 23, 2009.

2) Apple agrees to accept service of the Summons and Complaint.

3) The parties shall serve the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before January 29, 2010.

4) St. Clair shall serve its infringement contentions on or before March 8, 2010.

5) Apple shall serve its invalidity contentions on or before May 19, 2010.

6) Thereafter, the parties agree to abide by the dates established in *St. Clair Intellectual Property Consultants, Inc. v. Acer, Inc., et al.*, C.A. No. 09-354-JJF, currently pending in the United States District Court of Delaware.

7) Although appearing for the purpose of this stipulation by non-Delaware counsel, Apple acknowledges and will abide by any and all Local Rules of this District, including the Delaware counsel requirement.

| BAYARD, P.A. | COOLEY GODWARD KRONISH LLP |
|---|---|
| /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>Tel: (302) 655-5000<br>RKirk@bayardlaw.com<br>SBrauerman@bayardlaw.com | /s/ Timothy S. Teter<br>Timothy S. Teter<br>Five Palo Alto Square<br>3000 El Camino Rea<br>Palo Alto, CA 94306-2155<br>(650) 843-5275<br>teterts@cooley.com |
| *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | *Attorneys for Defendant Apple Inc.* |

SO ORDERED this _____ day of October , 2009.

_____
United States District Judge